UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CASE NO. 1:14-cv-02221-TCB

MELANIE E. DAMIAN, as
Receiver for the Estate of Aubrey
Lee Price, PFG, LLC,
MONTGOMERY ASSET
MANAGEMENT, LLC f/k/a PFG
ASSET MANAGEMENT, LLC (Florida
limited liability company),
MONTGOMERY ASSET
MANGEMENT, LLC f/k/a PFG
ASSET MANAGEMENT,
LLC (Georgia limited liability company),
and PFGBI, LLC,

        Plaintiff,

v.

OSAMA LWIS,

        Defendant.
_____/

## DEFAULT FINAL JUDGMENT AGAINST DEFENDANT, OSAMA LWIS

THIS CAUSE having come before the Court on the 10th day of April, 2015, on Plaintiff's Verified Motion for Default Final Judgment Against Defendant, Osama Lwis (the "Motion"), and with the Court having considered the Motion and the pertinent portions of the record, and, being otherwise fully advised in the

premises, it is hereby

ORDERED AND ADJUDGED as follows:

Final Judgment is entered in favor of Plaintiff, Melanie E. Damian, as the Receiver (the "Receiver") of the Estate of Aubrey Lee Price, PFG, LLC, Montgomery Asset Management, LLC f/k/a PFG Asset Management, LLC (Florida limited liability company), Montgomery Asset Management, LLC f/k/a PFG Asset Management (Georgia limited liability company) ("Asset Management"), and PFGBI, LLC ("PFGBI,"), whose address is c/o Damian & Valori LLP, 1000 Brickell Avenue, Suite 1020, Miami, Florida 33131, and against Defendant, Osama Lwis, as follows:

(1) Defendant shall pay to the Receivership Estate the sum of $750,000, which shall bear interest at the statutory rate to run from the date of this judgment until full payment of the judgment amount is made, for which sum let execution issue forthwith; and

(2) It is declared that the Receivership Estate is the legal and rightful owner of the corn farm known as La Yaguarita, located in the State of Portuguesa, Venezuela, and further identified in the Complaint against Defendant, and Defendant has no right, title, or interest in that sugar cane farm.

DONE AND ORDERED in Chambers at Atlanta, Georgia, this **30th** day of _April_, 2015.

_____
TIMOTHY C. BATTEN, SENIOR
UNITED STATES DISTRICT JUDGE

Copies Furnished To:
*All Counsel and Parties*